UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DOUG LONGHINI,                          :    Civil No.: 16-cv-05723-NGG-CLP
                                        :
            Plaintiff(s),               :    **STIPULATION OF**
                                        :    **DISMISSAL**
     v.                                 :
                                        :
LAGUARDIA CENTER REALTY LLC, a          :
New York Limited Liability Company, and :
RITE AID OF NEW YORK, INC., a New       :
York Corporation,                       :
                                        :
            Defendant(s).               :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties to the above- entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person nor a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed in its entirety including all cross claims and counter claims or prospective cross claims and counter claims, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all of this is to be without costs or disbursements as against one or the other.

IT IS FURTHER STIPULATION AND AGREED that an Order to the above effect may be entered without further notice to either party, upon execution of the Settlement Agreements.

Dated: New York, New York
       ~~June 8,~~ July 13, 2017

_____           _____
FULLER, FULLER & ASSOCIATES, P.A.   RAVEN & KOLBE, LLP
By:                                 By: Keith A. Raven, Esq.
Attorneys for Plaintiff             Attorneys for Defendant,
DOUG LONGHINI                       RITE AID OF NEW YORK, INC.

12000 Biscayne Blvd. - Suite 609
North Miami, FL 33181
Tel. (305) 891-5199
Fax (305) 893-9505

*[signature]*

Landman Corsi Ballaine & Ford P.C.
Attorneys for Defendant
LAGUARDIA CENTER REALTY LLC
120 Broadway, 27th Floor
New York, NY 10271-0079
Tel. (212) 238-4800
Fax (212) 238-4848

d/b/a RITE AID
126 East 56th Street, Suite 202
New York, New York 10022
Tel. (212) 759-7466
Fax (212) 759-0166
File No.: 904-444-01

*[signature]* So ordered.

s/Nicholas G. Garaufis

7/13/17